IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | | |
|---|---|---|
| Joseph Salmoiraghi | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19cv1405 |
| | ) | |
| | ) | |
| Veritiss, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on April 6, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Veritiss, LLC, and against the Plaintiff, Joseph Salmoiraghi.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Dana Van Metre
Deputy Clerk

Dated: 04/06/2022
Alexandria, Virginia